Opinion issued July 11, 2002












 



In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00252-CR

____________


DAMON DOWNS

aka BARNEY JOE DONALSON, JR., Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 182nd District court

Harris County, Texas

Trial Court Cause No. 451100






MEMORANDUM OPINION

 Appellant, Damon Downs, was convicted of retaliation by a jury and
sentenced to 10 years confinement. We affirmed the conviction. See Downs v. State,
No. 01-86-00811-CR (Tex. App.--Houston [1st Dist.] Apr. 2, 1987, no pet.) (not
designated for publication).

 On November 6, 2001, appellant filed a motion for additional time credit
that was denied by the trial court. On December 6, 2001, appellant filed notice of
appeal from the trial court's order.

 The right to appeal in a criminal case is a statutory right. Ex parte Shumake,
953 S.W.2d 842, 843-44 (Tex. App.--Austin 1997, no pet.). We are aware of no
authority that permits a direct appeal from an order denying additional time credit.

 In addition, the granting of credit for time served has historically been
accomplished by post-conviction writ of habeas corpus. See Tex. Code Crim. P.
Ann. art. 11.07 (Vernon Supp. 2002); Ex parte Dunn, 976 S.W.2d 208, 210-11 (Tex.
Crim. App. 1998).

 Accordingly, we dismiss the appeal for lack of jurisdiction.

 

PER CURIAM


Panel consists of Chief Justice Schneider, and Justices Nuchia and Radack.


Do not publish. Tex. R. App. P. 47.